IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AHMED M. SAID, | |
| Petitioner, | **8:26CV74** |
| vs. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | **ORDER** |
| Respondent. | |

Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2.  Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee.  28 U.S.C. § 1914(a).  However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 7), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee.  *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted.  The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases.  The Court will conduct this review in its normal course of business.

Dated this 9th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge